**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

VICTORINE TCHOUKOUALE SPSE TOUKO TOMTA,

Plaintiff,

v.

KRISTI NOEM, et al.,

Defendants.

Civ. Action No. 8:26-cv-1096-GLS

**CONSENT MOTION TO STAY**

Defendants, with the consent of Plaintiff, request that the Court temporarily stay this action to allow for a non-judicial resolution, and in support thereof state:

1. Plaintiff commenced this action on March 13, 2026, seeking to compel the United States Citizenship and Immigration Services (USCIS) to adjudicate Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. *See* ECF 1, Complaint.

2. On March 23, 2026, the U.S. Attorney for the District of Maryland was served with a summons and a copy of the Complaint. Defendants' response to the Complaint, therefore, is due on or before May 22, 2026.

3. Parties have been in communications about resolving Plaintiff's claims without further litigation or need for judicial intervention. Parties have agreed that Defendants will submit this request for the Court to stay this matter, subject to and consistent with the following:

   a. Plaintiff is scheduled for and, absent unforeseen or exceptional circumstances, will appear for an interview with USCIS on May 26, 2026, concerning her asylum application.

b. USCIS—through its Arlington Asylum Office—agrees to diligently work towards completing adjudication of Plaintiff's application within 120 days of Plaintiff's interview date, up to and including September 23, 2026, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

c. If the adjudication of Plaintiff's application is not complete by September 23, 2026, Parties will provide a status report to the Court.

d. Plaintiff agrees to submit all supplemental documents and evidence to USCIS within seven to ten days prior to the agreed upon May 26, 2026, interview date. Further, Plaintiff recognizes and agrees that failure to submit such documents within this time frame may result in the interview being rescheduled at no fault of USCIS.

e. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. If Plaintiff needs an interpreter and does not bring one, or if their interpreter is not competent, USCIS will consider this a failure to appear for the interview without good cause and will dismiss the asylum application or refer the asylum application to an immigration judge.

f. Plaintiff understands that more than one interview may be required by USCIS as part of the asylum adjudication process.

g. Plaintiff agrees that they must establish good cause if they need to reschedule their asylum interview before the date of the interview, on the date of the interview, or within 45 days after the date of the interview. If Plaintiff needs to reschedule their interview, they must either mail a letter to the Arlington Asylum Office or complete

a reschedule request in person. A request to reschedule an asylum interview must include the reason for the request and any relevant evidence.

h. Plaintiff agrees to report a change of address to USCIS within 10 days of moving. *See* https://www.uscis.gov/addresschange.

i. Upon receipt of the Arlington Asylum Office's decision, Plaintiff agrees to voluntarily dismiss this case.

j. The Parties agree to bear their own litigation costs and attorney fees.

4. The Parties believe that a stay of this action (including the deadline for Defendants' first responsive pleading), subject to the above terms and conditions, best serves the issues in this case, the interests of judicial economy, and the Parties' resources.

5. Counsel for Plaintiff has reviewed this motion and consents to the stay of this action pursuant to the above terms and conditions.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ *Susan Thorn*

Susan Thorn
(NY Bar No. 4449104)
Special Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Susan.Thorn2@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

/s/ *Susan Thorn*
Susan Thorn
Special Assistant United States Attorney